# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0529, <u>Estate of Marlon Salgado Lucero</u>, the court on June 28, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The intervenor, Marietta Lucero Barton, appeals an order of the Circuit Court (<u>Ricardo</u>, R.), issued pursuant to RSA 547:3, V (Supp. 2023), denying her motion to declare her the legal heir with respect to certain real property in the intestate decedent's estate.  Based upon our review of the intervenor's written arguments, the relevant law, the record on appeal, and the trial court's well-reasoned order, we conclude that the intervenor has not demonstrated reversible error, and affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**